## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS E. PEREZ, Secretary of Labor, and UNITED STATES DEPARTMENT OF LABOR, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | 4:14CV3073 |
| | ) | |
| V. | ) | |
| | ) | |
| MWE SERVICES, INC., JOHN ZAPATA, and KATIE CEDERBURG, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

Defendants Katie Cederburg and MWE Services, Inc., acting *pro se*, filed a motion for extension of time to file an answer to Plaintiff's Complaint on June 10, 2014 (filing 11). That same day, counsel entered an appearance on behalf of these Defendants and requested an extension of the answer date. (Filing 9.) The Court granted the motion on June 11, 2014. (Filing 10.)

Accordingly,

**IT IS ORDERED** that Defendants Katie Cederburg and MWE Services, Inc.'s motion for extension of time (filing 11) is denied as moot.

**DATED June 12, 2014.**

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge