IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS E. PEREZ, Secretary of Labor, and UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiffs, | ) ) | 4:14CV3073 |
| V. | ) ) | |
| MWE SERVICES, INC., JOHN ZAPATA, and KATIE CEDERBURG, | ) ) ) ) | ORDER |
| Defendants. | ) | |

The above-captioned action was filed on April 4, 2014. (Filing 1.) Defendant John Zapata filed an answer on May 14, 2014. (Filing 6.) The remaining Defendants have until July 25, 2014, to submit answers. (Filing 10.) A progression order, authorizing the commencement of discovery, has not been entered.

Defendant John Zapata, who is proceeding *pro se*, has filed a motion to compel discovery (filing 14), as well as a request for hearing regarding the motion to compel (filing 15). Given the early stage of this lawsuit, and the fact that the Court has not entered an initial progression order, the motion to compel and related motion for hearing will be denied as premature. Upon the Court's receipt of the outstanding answers in this case, the Court will issue a scheduling letter, establishing a deadline for the parties to meet and confer, and to submit a Rule 26(f) planning report.

**IT IS ORDERED** that Defendant John Zapata's Motion to Compel (filing 14) and Motion for Hearing (filing 15) are denied without prejudice to reassertion at an appropriate time.

**DATED June 13, 2014.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**