IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, and UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>vs.<br><br>MWE SERVICES, INC., doing business as Midwest Demolition, JOHN ZAPATA, and KATIE CEDERBURG,<br><br>Defendants. | Case No. 8:14cv3073<br><br>ORDER |

This case came before the court for a Rule 16 planning conference. Counsel appeared telephonically. Justin Whitten represented the plaintiff and Sara Welch represented the defendants. After discussion regarding progression of the case,

**IT IS ORDERED:**

1. The case is stayed until **June 29, 2015**, to permit the parties to discuss possible mediation.

2. By **June 29, 2015,** the parties shall notify the court of the status of mediation discussions.

Dated this 30th day of March 2015.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge