IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor and UNITED STATES DEPARTMENT OF LABOR,<br><br>        Plaintiffs,<br><br>    vs.<br><br>MWE SERVICES, INC., JOHN ZAPATA, and KATIE CEDERBURG,<br><br>        Defendants. | 4:14CV3073<br><br>**ORDER** |

This matter is before the court on the parties' Motion for Approval and Entry of Consent Judgment (Filing No. 79). The Court has reviewed the motion and the proposed Consent Judgment and Appendix thereto (Filing Nos. 79-1 and 79-2) and finds the motion should be granted.

IT IS ORDERED:

1. The parties' Motion for Approval and Entry of Consent Judgment (Filing No. 79) is granted.

2. The Consent Judgment (Filing No. 79-1) will be entered this date.

3 Upon entry of the Consent Judgment, this action is dismissed, with prejudice, the parties to bear their own costs.

Dated this 7th day of September, 2016.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge