IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS E. PEREZ, <br> SECRETARY OF LABOR, <br> UNITED STATES DEPARTMENT OF LABOR, <br> <br> Plaintiff, <br> <br> v. <br> <br> MWE SERIVCES, INC., d/b/a <br> MIDWEST DEMOLITION, JOHN ZAPATA, <br> and KATIE CEDERBURG, <br> <br> Defendants. | CIVIL ACTION FILE <br> NO. 4:14-cv-03073 |

## CONSENT JUDGMENT

Plaintiff having brought this action against Defendants, MWE Services, Inc., d/b/a Midwest Demolition, a corporation, and individuals John Zapata and Katie Cederburg, for overtime violations of the Fair Labor Standards Act during the time period January 1, 2011, through September 2, 2013, at a demolition company Defendants own and operate in Lincoln, Nebraska, Defendants having agreed to the entry of this judgment without contest pursuant to an agreement between the parties, and upon joint motion of the parties, for good cause shown:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Defendants MWE Services, Inc. d/b/a Midwest Demolition, a corporation, John Zapata, individually, and Katie Cederburg, individually, (the "Defendants") hereby agree and acknowledge that as a result of claims made by Plaintiff in this lawsuit, Defendants shall pay the total sums of $125,000 in unpaid overtime compensation and $125,000 in liquidated damages for the period January 1, 2011, through September 2, 2013, for the individuals listed on Appendix A, attached hereto, pursuant to a three-year payment plan agreed to by the

parties, the explicit terms of which the parties have set forth in a separate agreement.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, nothing in this Judgment affects the rights of any current or former employees with respect to any claimed violations of the Act for time periods other than the period January 1, 2011 through September 2, 2013, and, notwithstanding anything to the contrary, above, nothing in this consent order shall be deemed an admission on the part of Defendants to claims raised by employees for violations of the Act in this or any future litigation. Further, nothing in this Order precludes Plaintiff from enforcing violations of the Act against Defendants that occur after the date of this Order, and nothing in this Order shall prevent Defendants from asserting their defenses to such violations. As consideration for such term, Defendants represent that they have been in compliance with the overtime requirements of the Act since at least October of 2014.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party shall bear their own costs, fees and other expenses incurred by such party in connection with any stage of this proceeding.

Dated: Sept. 7, 2016

Robert F. Rossiter, Jr.
UNITED STATES DISTRICT JUDGE

2

CORE/3001683.0002/128756876.1

Entry of this judgment
is hereby consented to:

MWE Services, Inc. d/b/a Midwest Demolition
a corporation

By _____
Katie Cederburg, President

_____
Katie Cederburg, individually

_____
John Zapata, individually


By _____
Sara E. Welch
Stinson Leonard Street LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
sara.welch@stinson.com

ATTORNEY FOR DEFENDANTS

M. Patricia Smith
Solicitor of Labor

Christine Z. Heri
Regional Solicitor
H. Alice Jacks
Associate Regional Solicitor

_/s/ Justin H. Whitten_
Justin H. Whitten
Attorney

_/s/ Laura Wood_
Laura Wood
Attorney

2300 Main Street
Suite 1020
Kansas City, MO 64108
(816) 285-7260
(816) 285-7287 (fax)
whitten.justin.h@dol.gov
wood.laura.m@dol.gov

ATTORNEYS FOR PLAINTIFF, THOMAS E. PEREZ
THE UNITED STATES SECRETARY OF LABOR